# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/05/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 04-00126JMS-01 |
| CASE NAME: | United States of America vs. Linda Raquel Flores |
| ATTYS FOR PLA: | Michael K. Kawahara |
| ATTYS FOR DEFT: | Shanlyn A. S. Park |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Sharon Ross |
| DATE: | 06/05/2006 | TIME: | 1:35 - 2:00 |

COURT ACTION:  Sentencing to the Felony Information:

Defendant present in custody with counsel Shanlyn Park.

Memorandum of Plea Agreement accepted.

Allocution by the defendant.

Imprisonment 57 months.

Supervised Release 5 years under the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 15 valid drug tests per month during the terms of supervision (mandatory condition).

Page 2
Criminal 04-00126JMS-01
U.S.A. vs. Linda R. Flores
June 5, 2006

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

7. That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

8. That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office.

9. That the defendant provide the Probation Office access to any requested financial information.

No fine imposed.

Special Monetary Assessment $100.

Advised of rights to appeal.

RECOMMENDATION: 1) Dublin.   2) Victorville.

That the defendant participate in the 500 Hour Comprehensive Drug Treatment Program.

That the defendant participate in educational and vocational training programs.

MITTIMUS:   Forthwith.

Submitted by:   Dottie Miwa, Courtroom Manager